ary 28, 1916.) Order affirmed, with $10 costs and disbursements, on opinion of Shearn, J. (90 Misc. Rep. 480, 153 N. Y. Supp. 439), with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

H. Blair FINLEY v. ATLANTIC TRANS-PORT CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion granted; questions certified. Order filed.

George D. FISH, respt., v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

George D. FISH, respt., v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

William P. FISHER v. MECHANICS & METALS NAT. BANK. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Harry C. FISHER v. Carroll M. ROB-ERTSON. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

James FITZPATRICK, appellant, v. B. F. GOODRICH COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. The order is not sufficiently broad to permit the plaintiff to be examined concerning specific convictions, as it does not contemplate the taking of illegal evidence. Oakes v. Star Co., 119 App. Div. 358, 104 N. Y. Supp. 244. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Lida M. FLEITMANN, as adm'x, Respt., v. The NORTHERN BANK OF N. Y., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Richard FLYNN, an infant, by John C. Flynn, his guardian ad litem, appellant, v. YONKERS RAILROAD COMPANY, respondent, and another, defendant. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment unanimously affirmed, with costs, on authority of Kellogg v. Church Charity Foundation, 203 N. Y. 191, 96 N. E. 406, 38 L. R. A. (N. S.) 481, Ann. Cas. 1913A, 883.

Emily FORD, Respt., v. JOHN WANAMAK-ER, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.)

Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting, on former dissenting opinion, 165 App. Div. 287, 150 N. Y. Supp. 795). Order filed.

George P. FOX, as adm'r, v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion denied, on condition stated in order. Order filed.

George P. FOX, as Adm'r, etc., Respondent, v. The CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Appeal from Trial Term, New York County.

PER CURIAM. We are of opinion that there was no evidence of negligence on the part of the defendant. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event. Order filed. Page and Davis, JJ., dissent.

FRANCO–AMERICAN CHEMICAL CO. et al., Respts., v. IMPORT CHEMICAL COMPANY, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the Application of David A. FRANK, for admission to the Bar. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Application granted.

Jacob L. FRANKEL, Respt., v. Abraham D. FELDSTEIN and ano., Applts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

FRANK E. SMITH & SON, Inc., v. W. Gill WYLIE. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the application of Milton FRIEDBERG to compel Sydney Rosenthal, an attorney, etc., to pay over certain moneys. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Appeal dismissed, with costs.

Laura FULLER, as administratrix, etc., of Charles M. Fuller, deceased, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Leonard S. FULLER, respt., v. The VILLAGE OF MECHANICVILLE, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

Edward J. FULTON, appellant, v. Charles H. INGALLS, respondent. (Actions Nos. 1, and 2.) (Supreme Court, Appellate Division,

Second Department. March 24, 1916.) Judgments and orders affirmed, with one bill of costs in this Court. No opinion. Jenks, P. J., and Thomas, Carr, and Rich, JJ., concur. Putnam, J., votes for reversal, on the ground of error in the charge and exception at folios 702 and 704.

Fifi GANIM, respondent, v. Beshara GANIM, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order modified on reargument, by reducing the judgment so as to make the damages therein $132, and interest thereon from February 10, 1915, when demand was made on defendant, to June 17, 1915, when verdict was rendered, instead of $500, upon the ground that the trial justice, upon the default, should have directed the verdict only for the sum of $132 and such interest, instead of $500, the full amount of the undertaking. Said order, as so modified, is affirmed, without costs, and without prejudice to the right of defendant, on proof that the process by which this action was commenced was served on defendant within the city of New York, to apply to this court at Special Term to further amend said judgment by striking therefrom the costs and disbursements allowed therein to the plaintiff. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Vincenzo GARCONE, Respt., v. THOMAS & BUCKLEY HOISTING CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from Special Term, New York County. The order imposed terms as a condition to vacating judgment.

PER CURIAM. The order appealed from should be modified by striking out the terms imposed as a condition of vacating the judgment, and as so modified affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

John B. GAUL, respondent, v. F. I. A. T., appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Rose GAYNOR, respondent, v. Mary Quinn GARTLAND, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Alfred GEERING v. METROPOLITAN BANK. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted; question certified. Order filed.

Henry GERBER, an infant, etc., Applt., v. Herman STARK, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Carrie GILL v. JAMAICA BAY MANUFACTURING COMPANY and others. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion for resettlement of order granted. Settle order before the Presiding Justice.

Thomas F. GILROY, Jr., Respt., v. STRAUSS BUILDING & REALTY CO., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment (157 N. Y. Supp. 162) affirmed, with costs. No opinion. Order filed.

Thomas GILSON v. Joshua SILVERSTEIN (two cases). (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion denied, with $10 costs. Order filed.

John GLEDHILL, on behalf of himself, etc., Applt., v. Jacob H. SCHIFF et al., Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

William O. GODDARD, as Trustee in Bankruptcy, etc., respondent, v. William J. GLADDING, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that it does not appear that Lundy was insolvent at the time he executed the mortgage, and that, at least in the absence of such evidence, it is not sufficiently shown that the mortgage was executed to the defendant in bad faith and without consideration. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., taking no part.

Robert W. GOELET, Applt., v. Al HAYMAN et al., Respts. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

C. H. GOLDBERG and E. S. Goldberg, appellants, v. Jennie EFRON, respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order modified, so as to provide that the relief granted in the order be afforded on condition that defendant pay the necessary disbursements which the plaintiffs have incurred, including the expense of the levy on the goods, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Gustav GOLDWASSER, Respt., v. George BARNETT and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Anna GOTTEHRER, respondent, v. Henry GOTTEHRER and Harry Gottehrer, appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.